N. Maxwell Njelita (SBN 200772)
NJELITA LAW OFFICES
436 Fourteenth Street, Suite 1107
Oakland, California 94612
Telephone:   (510) 465-7500
Facsimile:    (510) 465-7501
Email: mnjelita@nmnlaw.com

Attorney for Defendants
BARRERA & ASSOCIATES CONSTRUCTION, INC.;
WILLIAM ISRAEL BARRERA; HERSON ISRAEL BARRERA

Tomas E. Margain (SBN 193555)
Huy Tran (SBN 288196)
JUSTICE AT WORK LAW GROUP
84 West Santa Clara Street, Suite 790
San Jose, CA 95113
Telephone (408) 317-1100
Facsimile: (408) 351-0105
Email: Tomas@JAWLawGroup.com
       Huy@JAWLawGroup.com

Attorneys for Plaintiffs
FRANCISCO NAVA; ENRIQUE LOPEZ; and
JORGE L. SANCHEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO NAVA; ENRIQUE LOPEZ; and JORGE L. SANCHEZ,<br><br>    Plaintiffs<br>vs.<br><br>BARRERA & ASSOCIATES CONSTRUCTION, INC.; WILLIAM ISRAEL BARRERA; HERSON ISRAEL BARRERA,<br><br>    Defendants. | Case No. 4:15-cv-03235-HSG<br><br>**STIPULAITON AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND PRESUMPTIVE DEADLINE FOR MEDIATION** |

1

ThE Parties through their respective attorneys of record hereby stipulate and agree as follows:

1. On September 11, 2015, this Court ordered the parties to mediation with a presumptive 90 day deadline on or for mediation to be completed by December 10, 2015.
2. On September 24, 2015, this Court's ADR Department assigned Judith Droz Keyes as the mediator.
3. On October 13, 2015, the Court held an initial Case Management Conference and continued the matter for a further case management conference set for December 15, 2015.  DKT. 15
4. On October 15, 2015, the parties conferred with Ms. Keyes and selected November 24, 2015 as the date for mediation.
5. On November 15, 2015, Plaintiffs' counsel requested that the mediation be continued a week or two to be able to finish an audit to share and use at mediation.
6. The parties and the mediator are available to mediate the matter on December 15, 2015 and have tentatively calendared that date subject to the Court's approval.
7. The parties seek an extension of five days or to December 15, 2015 to hold the mediation.  The parties further seek a three week continuance of the Further Case Management Conference from December 15, 2015 to January 6, 2016 (Tuesday). This would allow the parties enough time to file a status statement a week prior to the further Case management Conference if the matter is not resolved.

IT IS SO STIPULATED

Respectfully submitted,

Dated:                NJELITA LAW OFFICES

By: */s/ N. Maxwell Njelita*

2

STIPULAITON AND ORDER TO EXTEND MEDIATION DEADLINE
AND CONTINUE FURTHER CASE MANAGEMENT CONFERENCE
CASE NO. 4:15-cv-03235-HSG

                                        N. Maxwell Njelita
Attorney for Defendants
   BARRERA & ASSOCIATES
   CONSTRUCTION, INC.; WILLIAM
   ISRAEL BARRERA; and HERSON
   ISRAEL BARRERA

Dated:               JUSTICE AT WORK LAW GROUP

                                By:  __/s/ Tomas E. Margain_____
                                    Tomas E. Margain
                                     Huy Tran
                                    Attorney for Plaintiffs
   FRANCISCO NAVA;
   ENRIQUE LOPEZ; and
   JORGE L. SANCHEZ

ORDER

BASED ON THE PARTIES STIPULAITON AND GOOD CAUSE SHOWN, THE COURT ORDERS AS FOLLOWS:

The deadline to mediate this matter is extended through December 15, 2015.

The further Case Management Conference currently set for December 15, 2015 at 2:00 pm is continued to January **5**, 2016 at 2:00 pm in this department.  A joint updated statement is are due one week prior to the further Case Management Conference is the matter has not resolved.

IT IS SO ORDERED

Dated:  11/19/2015     _____
                           Hon.  Haywood S. Gilliam Jr.
                           United States District Court Judge

3

STIPULAITON AND ORDER TO EXTEND MEDIATION DEADLINE
AND CONTINUE FURTHER CASE MANAGEMENT CONFERENCE
CASE NO. 4:15-cv-03235-HSG