UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO NAVA, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>BARRERA & ASSOCIATES CONSTRUCTION INC, et al.,<br><br>   Defendants. | Case No.  15-cv-03235-HSG<br><br>**MODIFIED CONDITIONAL ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 26, 27 |

The parties' instant stipulation filed on February 25, 2016 is hereby treated as a request to extend the deadline for filing the certification described in the December 18, 2015 order. Finding good cause to do so, the Court hereby MODIFIES the December 18, 2015 conditional order of dismissal to extend the deadline by which any party may file the certification described in that order until September 30, 2016.

Dated: March 4, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge